**Motion Granted; Dismissed and Memorandum Opinion filed January 8, 2015.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-14-00964-CV

### CARENU, LLC, Appellant

### V.

### IT DEVICES ONLINE, Appellee

**On Appeal from the 133rd District Court
Harris County, Texas
Trial Court Cause No. 2014-34056**

## M E M O R A N D U M   O P I N I O N

This is an accelerated appeal from the trial court's order denying appellant's special appearance signed November 10, 2014. On December 22, 2014, appellant filed a motion to withdraw its notice of appeal, which we have construed as a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Donovan, and Wise.